UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

v.                              Case No. __04-10048-NG__

Jonathan Deleon

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

[X] Ad Prosequendum              [ ] Ad Testificandum.

Name of Detainee: Jonathan Deleon

Detained at (custodian): Middlesex County Jail, 40 Thorndike Street, Cambridge, MA 02141

Detainee is:  a.)  [X] charged in this district by:

   [X] Indictment      [ ] Information      [ ] Complaint

or  b.)  [ ] a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  [ ] return to the custody of detaining facility upon termination of proceedings

or  b.)  [ ] be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary for the purpose of __Arraignment__ on __March 4, 2004__ at __10:00a.m.__ in courtroom number __23__ on the __7th__ floor before the Honorable __Lawrence P. Cohen__.

Date: 2·27·04

Attorney of Record for:
United States of America
John A. Wortmann, Jr.
Assistant United States Attorney

## WRIT OF HABEAS CORPUS

[kpwrithc.]

[ ] Ad Prosequendum              [ ] Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: _____

_____
United States District/Magistrate Judge

[kwhcap] or [kwhcat.]