UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 04 100048 NG

V.

JONATHAN DELEON

## NOTICE OF WITHDRAWAL

NOW COMES the undersigned counsel, Paul J. Garrity, and notifies this Court and the Government that he hereby withdraws as counsel for the accused due to the fact that there exists a conflict of interest in this matter.

Respectfully submitted,
Jonathan Deleon,
By his Attorney,

Date: 4-27-04

Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
(603)434-4106
Bar No. 55976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 27th day of April, 2004, a copy of the within was mailed, postage prepaid, to Attorney John A. Wortmann, Jr., Esquire and Jonathan Deleon.

Paul J. Garrity