UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              ) CR. NO. 04-10048-NG
                              )
v.                            )
                              )
JONATHAN DELEON               )
_____)
```

### DEFENDANT'S REQUEST FOR NOTICE OF THE GOVERNMENT'S INTENTION TO USE EVIDENCE AT TRIAL

Pursuant to F.R.Crim.P. 12(d)(2), the defendant in order to have an opportunity either to move to suppress evidence under F.R.Crim.P. 12(b)(3) or to move to sever counts for trial or co-defendants from defendant's trial, request notice of the government's intention to use, in its evidence in chief at trial, any evidence to which discovery the said defendant may be entitled under F.R.Crim.P. 16.

                                The Defendant
                                By his Attorney


                                /s/ James B. Krasnoo
                                James B. Krasnoo
                                Law Offices of James B. Krasnoo
                                23 Main Street
                                Andover, MA  01810
                                (978) 475-9955
                                BBO# 279300


### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

                                /s/ James B. Krasnoo
                                James B. Krasnoo