```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) CR. NO. 04-10048-NG |
| v. | ) |
|  | ) |
| JONATHAN DELEON | ) |
|  | ) |

### MOTION FOR *IN CAMERA* DISCLOSURE OF BAD ACTS, IF ANY

The defendant moves that this Court order the Government to disclose *in camera* to the defendant:

1.  The existence of any prior or subsequent bad acts or convictions of the defendant not charged in the indictment, if any, including a description of the conduct, and the date and place thereof;

2.  Whether the Government intends to offer evidence of any such prior or subsequent bad acts or convictions against the defendant during the trial of the instant indictment;

3.  The names and addresses of all witnesses intended to be called by the Government to offer such evidence; and

4.  Any reports or statements of any such witness.

The Defendant
By his Attorney

*James B. Krasnoo*
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955
BBO# 279300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

James B. Krasnoo