UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>JONATHAN DELEON  )<br>) | CR. NO. 04-10048-NG |

## MOTION TO INSPECT STATEMENTS OF GOVERNMENT WITNESSES

Now comes the defendant in the above-entitled indictment and move that this Honorable Court enter an order allowing the defendant, or his attorney, to inspect, prior to trial, all statements of witnesses whom the government intends to call during pendency of trial of this indictment. The defendant alleges that the statements of said witnesses are necessary to enable him to prepare properly for his defense.

                                        The Defendant
                                        By his Attorney

                                        /s/ James B. Krasnoo
                                        James B. Krasnoo
                                        Law Offices of James B. Krasnoo
                                        23 Main Street
                                        Andover, MA  01810
                                        (978) 475-9955
                                        BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

                                        /s/ James B. Krasnoo
                                        James B. Krasnoo