UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JONATHAN DELEON ) <br> ) | CR. NO. 04-10048-NG |

### MOTION TO JOIN OTHER CO-DEFENDANTS' MOTIONS

Now comes the defendant and moves that he be permitted to join in the other discovery motions filed by the co-defendants in the above-entitled matter.

The Defendant
By his Attorney

/s/ James B. Krasnoo
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955
BBO# 279300

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

/s/ James B. Krasnoo
James B. Krasnoo