UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)  CR. NO. 04-10048-NG<br>)<br>v.                                )<br>)<br>JONATHAN DELEON                  )<br>_____) | |

### MOTION FOR PRODUCTION OF RECORDS OF CONVICTION

Now comes the defendant in the above-entitled indictment and respectfully move this Honorable Court to order the Assistant United States Attorney to inform the defendant of any and all records of criminal conviction of prospective Government witnesses at the trial against him, or in lieu thereof, to order the Assistant United States Attorney to have available for use by the defendant at the trial all admissible records of conviction of witnesses presented by the government in the case against the defendant.

The Defendant
By his Attorney

/s/ James B. Krasnoo
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955
BBO# 279300

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

/s/ James B. Krasnoo
James B. Krasnoo