UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 04-10048-NG |
| v. | ) | |
| JONATHAN DELEON | ) | |

## MOTION FOR SEQUESTRATION OF WITNESSES

Now comes the defendant in the above-entitled matter and respectfully moves this Honorable Court order that during the trial of the above case all witnesses may be sequestered.

The Defendant
By his Attorney

James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955
BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

James B. Krasnoo