UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JONATHAN DELEON )<br>) | CR. NO. 04-10048-NG |

### MOTION FOR PRODUCTION OF DEFENDANT'S PRIOR CRIMINAL RECORD

Now comes the defendant and moves, pursuant to Rule 16(a)(1)(B) of the Federal Rules of Criminal Procedure, this Honorable Court to order the Government to furnish him with copies of his prior criminal records, if any, or to state to the defendant that the government does not have within its possession, custody or control any indication of the existence of same.

The Defendant
By his Attorney

James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA   01810
(978) 475-9955
BBO# 279300

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

James B. Krasnoo