UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
UNITED STATES OF AMERICA            )
                                    )   CR. NO. 04-10048-NG
                                    )
                                    )
v.                                  )
                                    )
JONATHAN DELEON                     )
                                    )
_____)
```

### MOTION FOR DISCLOSURE OF NAMES AND ADDRESSES OF INFORMANTS WHO ARE PERCIPIENT WITNESSES

Now comes the defendant and moves (1) that this Court order that the Attorney for the Government to disclose whether the Government has relied in any way with respect to any of the Counts in the above-numbered indictment on information obtained from confidential informants or from cooperating individuals, and (2) if the Government so relied, then the Government should be further ordered to turn over said names to the defendant, or alternatively a written memorandum of the role of each such person, including but not limited to whether such person participated in any of the offenses or were present in any of the offenses or present where any acts were committed which the Government claims were in furtherance of any of the offenses or whether or not said persons helped to set up, create, or establish any of the said offenses, and (3) alternatively, the Court should order the Government to produce the confidential informants or cooperating individuals for interviews with defense counsel.

                                                    The Defendant
                                                    By his Attorney

                                                    /s/ James B. Krasnoo
                                                    James B. Krasnoo
                                                    Law Offices of James B. Krasnoo
                                                    23 Main Street
                                                    Terrace Level
                                                    Andover, MA  01810
                                                    (978) 475-9955
                                                    BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

/s/ James B. Krasnoo
James B. Krasnoo