UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>JONATHAN DELEON )<br>) | CR. NO. 04-10048-NG |

### MOTION OF THE DEFENDANT TO INSPECT EVIDENCE

Now comes the defendant in the above-entitled matter and respectfully moves this Honorable Court to direct the Government to permit the defendant to inspect and copy results of reports of physical or mental examinations and of any scientific tests or experiments made in connection with the particular cases, or copies thereof, within the possession, custody of control of the Government, the existence of which is known to the attorney for the Government.

And the defendant further moves this Honorable Court to order the Government to permit the defendant to inspect, copy of photograph all books, papers, documents, tape recordings, transcripts of tape recordings, video tapes, tangible objects, buildings or places, or copies or portions thereof, which are within the possession, custody or control of the Government.

Said inspection and copying is to include but not be limited to the following:

   1. All search warrants and affidavits directed at the residence or business or any co-conspirator (whether named or unnamed in the indictment) or co-defendant or associate of the defendant alleged in the indictment;

2. Any and all books, records, memoranda, papers or other documents obtained from the defendant, his place of business or residence, the residence or place of business of any co-conspirator (whether named or unnamed in the indictment) or co-defendant or associate of the defendant alleged in the indictment, pursuant to subpoena, a search warrant, or voluntary transmission of such materials from the defendant or such others to the government, regardless of whether or not the government intends to introduce such document into evidence at trial;

3. Any and all letters, memoranda, or documents written by the defendant which were obtained from persons other than the defendant regardless or whether or not the government intends to introduce such documents at trial;

4. Any and all photographs, movies, or video reproductions of the defendant obtained by the government in the course of the investigation resulting in the return of the above-captioned matter;

5. Any and all diagrams or charts which the government intends to use in its presentation of its case-in-chief of the above-captioned matter;

6. Any and all logs, reports, memoranda or documents relating to any and all surveillance by federal or state law enforcement officers of the defendant;

7. Any and all evidence seized from the defendant at the time of his arrest;

8. The dates, times, and places where any documents, tangible objects, memoranda or papers, which the government intends to introduce as an exhibit in the above mentioned matter, were acquired by the government.

And the defendant further says that the fore-going requests are fair and reasonable, and the information sought is necessary and material to the proper preparation of the defense.

> The Defendant
> By his Attorney
>
> /s/ James B. Krasnoo
> James B. Krasnoo
> Law Offices of James B. Krasnoo
> 23 Main Street
> Andover, MA  01810
> (978) 475-9955
> BBO# 279300

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

> /s/ James B. Krasnoo
> James B. Krasnoo