UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 04-10048-NG |
| v. ) | |
| JONATHAN DELEON ) | |

**MOTION TO OBTAIN GOVERNMENT'S VERSION OF OFFENSE**

Now comes the defendant and moves for the government's version of the offense submitted in the Presentence Report of Carmello Rodriquez, a co-defendant and assigns as resons therefor the following:

1. The defendant Deleon appears to have participated in one sale in the amount of 14 grams.

2. The government claims that defendant Deleon is a co-conspirator of Carmello Rodriguez and should have attributed to him a drug quantity of between 500-2 kilograms of drug.

3. Both codefendants have been charged with conspiracy.

4. Carmello Rodriguez has already pleaded guilty thereto.

5. The governmental version of the offense should point out the government's evidence that connects Rodriguez to Deleon.

6. The pretrial discovery given by the government has several confidential informants who baldly state that Carmello Rodriguez and Jonathan Deleon are in together on the same conspiracy and enjoy the same supplier.

7. No direct evidence has been provided to the defendant to suggest any veracity to the statements made by the confidential informants.

8. Nothing in the pretrial discovery suggests that this information is obtained by personal knowledge of the confidential informants, with one exception noted in the next two paragraphs.

9. One confidential informant on one occasion called Rodriguez who was heading out of town. Rodriguez told him to get in touch with Deleon. Deleon on that occasion sold the 14 grams. On that occasion, Rodriguez made statements suggesting that he and Deleon were together.

10. When the same confidential informant sought to purchase drugs on a second occasion from Rodriguez, Rodriguez told him or her that he or she should buy only from Rodriguez and not from Deleon, that they were not together.

11. Deleon's activities personally observed by law enforcement officers occurred in December, the one month preceding the month in which he was arrested

     on charges unrelated to the above offenses.

12. The alleged several sales by Rodriguez appear to have occurred in months preceding the December sale by Deleon.

13. The government's version of the offense should, perhaps, indicate when Rodriguez and Deleon were in the entire period of the conspiracy.

**WHEREFORE,** for the above reasons the defendant respectfully requests that he be permitted to obtain the government's version of the offense, the government having refused to provide same and the defense attorney being uncertain whether or not it is to be treated as confidential and, therefore, reluctant absent court order to provide same to the undersigned.

                                        The Defendant
                                        By his Attorney

                                        /s/ James B. Krasnoo
                                        James B. Krasnoo
                                        Law Offices of James B. Krasnoo
                                        23 Main Street
                                        Terrace Level
                                        Andover, MA  01810
                                        (978) 475-9955
                                        BBO# 279300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

_____
James B. Krasnoo