UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO. 04-10048-NG |
| v. ) | |
| ) | |
| JONATHAN DELEON ) | |

**MOTION TO MAKE AVAILABLE
GOVERNMENT WITNESS AND HIS OR HER FILES**

Now comes the defendant and moves that the government be ordered to make available the confidential informant as he or she was a percipient witness for an interview by the defendant's counsel and further that the government and the confidential informant be ordered to bring with him or made available to the defendant's counsel all records, notes, files, memoranda, checkbooks, ledgers, correspondence, bank statements, tax forms, deeds, surveys, appraiser reports and any other materials relating to any benefits received by the confidential informant from the government. The defendant assigns as reasons therefor that the government may have given the confidential informant some benefits but the government has not yet described the benefits and that the requested documents may contain exculpatory information of which the government may not be aware or that the government may be of the opinion that said evidence is not exculpatory and that counsel must be afforded the

opportunity to make a determination as to whether or not said materials are exculpatory.

>  The Defendant
>  By his attorney
>
>  /s/ James B. Krasnoo
>  James B. Krasnoo
>  Law Offices of James B. Krasnoo
>  23 Main Street
>  Terrace Level
>  Andover, MA 01810
>  (978) 475-9955
>  BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 6/25, 2004.

/s/ James B. Krasnoo
James B. Krasnoo