UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10048-NG

UNITED STATES OF AMERICA

v.

JONATHAN DELEON

MEMORANDUM AND ORDER ON PRETRIAL MOTIONS

July 6, 2004

COHEN, M.J.

Pursuant to Rules 7.1(d) and (e) of the Local Rules of this Court [effective September 1, 1990], and upon review of the relevant pleadings, this court determined on July 6, 2004, that a hearing on the discovery and discovery-related motions referred to this court for determination was not warranted. Based on the pleadings filed to date, this court takes the following action on those pretrial motions, to wit:

1.  The Motion to Preserve Government's Notes (# 56), Request for Notice of the Government's Intention to Use Evidence at Trial (# 57), Motion to Inspect Statements of Government Witnesses (# 59), Motion for *In Camera* Disclosure of Bad Acts, if any (# 58), Motion for Production of Records of Conviction (# 61), Motion for Disclosure of Experts (# 63), Motion for Production of Defendant's Prior Criminal Record (# 64), and Motion to Inspect Evidence (# 68) are denied for the reason that the

subject matter of those motions are covered by the automatic discovery provisions of our Local Rules, and the defendant has shown nothing which warrants relief beyond that provided by those Local Rules. See Local Rule 116.3(D).

2. The Motion to Make Available Government Witness (# 70), Motion to Obtain Government's Version of the Offense (# 69), Motion for Disclosure of Confidential Informants (# 66), Motion for Disclosure of Names and Addresses of Informants Who Are Percipient Witnesses (# 65), are denied for failure to comply with the provisions of Local Rules 116.3(F) and 116.3(G)

3. The Motion to Join Other Co-Defendants' Motions (# 60) is denied.

4, The Motion for Sequestration of Witnesses (# 62) is reserved for the trial judge.

_____
UNITED STATES MAGISTRATE JUDGE