# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

United States of America

v.                                    Case No.  04-10048-NG

Jonathan Deleon

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☑ Ad Prosequendum          ☐ Ad Testificandum.

Name of Detainee: Jonathan Deleon

Detained at (custodian): Middlesex County Jail, 40 Thorndike Street, Cambridge, MA 02141

Detainee is:  a.)  ☑ charged in this district by:
                 ☑ Superseding Indictment    ☐ Information    ☐ Complaint

or    b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☑ return to the custody of detaining facility upon termination of proceedings

or    b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary for the purpose of __Arraignment__ on __July 7__ at __2:00p.m.__ in courtroom number __23__ on the __7th__ floor before the Honorable __Lawrence P. Cohen__.

Date: 7·6·04

Attorney of Record for
United States of America
John A. Wortmann, Jr.
Assistant United States Attorney

[kpwrithc.]

## WRIT OF HABEAS CORPUS

☐ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: _____        _____
                                     United States District/Magistrate Judge

[kwhcap] or [kwhcat.]

Writ of Habeas Corpus                                                                                      Page 2

---

Please provide the following, if known:

AKA(s) (if applicable): _____            Male ☐    Female ☐

Booking or Fed. Reg. #: _____           DOB: _____

Facility Address: _____                 Race: _____

_____                                    FBI #: _____

Facility Phone: _____

Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on _____  by _____

(writ.wpd - 2/23/98)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HABEAS CORPUS AD PROSEQUENDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to

JAMES .V. DIPAOLA
MIDDLESEX COUNTY JAIL
40 THORNDIKE STREET P.O. BOX 97
CAMBRIDGE, MA 02141

**YOU ARE COMMANDED** to have the body of **JONATHAN DELEON** now in your custody, before the United States District Court for the District of Massachusetts at Boston on July 7 , 2004 at 2:00p.m. for the purpose of an arraignment on a superseding indictment in Courtroom 23, 7th Floor, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts) in the case of **UNITED STATES V. JONATHAN DELEON, CR. NO. 04-10048-NG.** And you are to retain the body of said **JONATHAN DELEON** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

**Dated at Boston in said District this __ day of July 6, 2004.**

_____
**LAWRENCE P. COHEN**
**United States Magistrate Judge**

TONY ANASTAS

By: _____
Deputy Clerk

Requested by AUSA__John A. Wortmann, Jr.