UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HABEAS CORPUS AD PROSEQUENDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to

JAMES .V. DIPAOLA
MIDDLESEX COUNTY JAIL
40 THORNDIKE STREET P.O. BOX 97
CAMBRIDGE, MA 02141

**YOU ARE COMMANDED** to have the body of **JONATHAN DELEON** now in your custody, before the United States District Court for the District of Massachusetts at Boston on July 7, 2004 at 2:00p.m. for the purpose of an arraignment on a superseding indictment in Courtroom 23, 7th Floor, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts) in the case of **UNITED STATES V. JONATHAN DELEON, CR. NO. 04-10048-NG.** And you are to retain the body of said **JONATHAN DELEON** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

**Dated at Boston in said District this __ day of July 6, 2004.**

_____
**LAWRENCE P. COHEN**
**United States Magistrate Judge**

By: _____
Deputy Clerk

Requested by AUSA  John A. Wortmann, Jr.