UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 04-10048-NG |
| v. ) | |
| ) | |
| JONATHAN DELEON ) | |

## MOTION FOR PRE-PLEA PRESENTENCE REPORT ON SUPERSEDING INDICTMENT

Now comes the defendant and moves for a pre-plea Presentence Report on the superseding indictment and assigns as reasons therefor the following:

1. In order to determine the exposure the defendant has to sentencing, one must see what Criminal History Category he falls into.

2. The defendant has filed a motion for the government's version of the offense with regard to the one submitted on behalf of Carmello Rodriguez.

3. The government refuses to provide same to the defendant claiming it is confidential.

4. The defendant, however, is charged in a conspiracy with Carmello Rodriguez.

5. It is important to find out how the defendant's drug determination computation is going to be made by the government.

6. The recent opinion of Judge Young in *United States v. Green, Crim. No. 02-10054-WGY, Sentencing Memoranda* document, suggests a lack of constitutionality about several of these procedures that the government uses in computing the sentence.

7. Those procedures may very well be the ones the government intends to use in the case at bar.

8. The government's version of the offense in the pre-plea Presentence Report would give the defendant a handle on the kind of sentencing difficulties the government intends to provide for the defendant.

**WHEREFORE**, for the above reasons the defendant respectfully requests that this motion be granted.

> The Defendant
> By his Attorney
>
> /s/ James B. Krasnoo
> James B. Krasnoo
> Law Offices of James B. Krasnoo
> 23 Main Street
> Terrace Level
> Andover, MA 01810
> (978) 475-9955
> BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on  7/8 , 2004.

_James B. Krasnoo_
James B. Krasnoo