UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -9 P 12: 41

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA    )
                            )
                            )    CR. NO. 04-10048-NG
                            )
v.                          )
                            )
JONATHAN DELEON             )
                            )

### MOTION FOR REVIEW

Now comes the defendant and seeks review pursuant to 28 U.S.C. §636(a) of the Order of the Magistrate denying the following: [56] Motion To Preserve Evidence as to Jonathan Deleon (4); denying [58] Motion as to Jonathan Deleon (4); denying [59] Motion to Inspect as to Jonathan Deleon (4); denying [60] Motion as to Jonathan Deleon (4); denying [61] Motion as to Jonathan Deleon (4); denying [63] Motion as to Jonathan Deleon (4); denying [64] Motion to Produce as to Jonathan Deleon (4); denying [65] Motion for Disclosure as to Jonathan Deleon (4); denying [68] Motion as to Jonathan Deleon (4); denying [69] Motion as to Jonathan Deleon (4); denying [70] Motion as to Jonathan Deleon (4).

The Defendant
By his Attorney

*/s/ James B Krasnoo*
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Terrace Level
Andover, MA  01810
(978) 475-9955
BBO# 279300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 7/8, 2004.

*/s/ James B Krasnoo*
James B. Krasnoo