```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                              )
UNITED STATES OF AMERICA      )
                              )   CR. NO. 04-10048-NG
                              )
v.                            )
                              )
JONATHAN DELEON               )
_____)

**<u>MOTION TO EXTEND TIME</u>**

Now comes the defendant in the above-entitled matter and moves that he be given an extension of time from September 10, 2004 to and including September 22, 2004 within which to respond to the issues raised under Rule 7C of the Federal Rules of Criminal Procedure as set forth in document #95 and assigns as reasons therefor the following:

    1.   The defendant needs time to research the issues raised by the Court.

    2.   Defendant's counsel has since August 19, 2004, the date on which the order was electronically sent to defendant's counsel, had the completion of a four-day jury trial, preparation for a jury trial that was continued, 16 court matters, a second jury trial that was dismissed for lack of prosecution by the Commonwealth all through September 1, 2004. Counsel had unexpected medical problems on August 31 and

September 2, 2004.  Thereafter, counsel was out of state in attendance at a wedding through the Labor Day weekend.  Between September 7 and September 10, 2004, counsel has four meetings, the requiring of a memorandum due on September 8, 2004 in the federal district court and five hearings, one including a Motion To Dismiss on September 10, 2004.  Between September 11, 2004 and September 22, 2004, counsel has a federal court criminal appearance and three hearings, two of them lengthy, in addition to counsel's being absent from work for religious holidays the evening of September 15, 2004 through and including September 17, 2004.

    3.   Assistant United States Attorney John A. Wortmann has no objection to the allowance of this motion but simply asks that he be given at least a ten day period to respond to defendant's motions.

    **WHEREFORE**, for the above reasons, defendant respectfully requests that his motion to extend be granted.

                                  The Defendant
                                  By his Attorney

                                  /s/ James B. Krasnoo
                                  James B. Krasnoo
                                  Law Offices of James B. Krasnoo
                                  23 Main Street
                                  Terrace Level
                                  Andover, MA  01810
                                  (978) 475-9955
                                  BBO# 279300

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on September 8, 2004.

                                       /s/ James B. Krasnoo
                                       James B. Krasnoo