UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10048-NG |
| | ) | |
| | ) | |
| **JONATHAN DELEON** | ) | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR STRIKE SURPLUSAGE

The government opposes the defendant's motion to dismiss or strike surplusage in this matter. The only "surplusage" alleged to be contained in the Superseding Indictment in this matter is the allegation that the conspiracy involved more than 500 grams of cocaine. Because that allegation refers to a statutory mandatory minimum that is unaffected by this Court's determination in United States v. Mueffleman, 327 F.Supp.2d 79 (D. Mass. 2004), it is not "surplusage" in any sense of the word and hence the defendant's motion must be denied.

This court has previously held that the statutory enhancements contained in 21 U.S.C.§841(b) state separate crimes. United States v. Martinez, 234 F.Supp 2d 80 (D. Mass. 2002). Because charging decisions of this type remain the prerogative of the Executive Branch even under the most expansive reading of Blakely, the government's decision to

charge that the conspiracy in this case involved more than 500 grams of cocaine must surely be allowed to stand even if <u>Blakely</u> is ultimately applied to the United States Sentencing Guidelines and the guidelines are held to be unconstitutional in all cases as a result of that determination.  Although the government continues to believe that <u>Blakely</u> does not apply to the guidelines and that the guidelines will be unaffected by any contrary determination in cases in which enhancements are alleged in the indictment and proven to a jury beyond a reasonable doubt, it is simply unnecessary to reach that issue in this case now.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                          By:
                                            <u>/s John A. Wortmann, Jr.</u>
Dated: September 26, 2004        JOHN A. WORTMANN, JR.
                                            Assistant U.S. Attorney
                                            617-748-3207