UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 04-10048-NG |
| v. ) | |
| ) | |
| JONATHAN DELEON ) | |

**MOTION TO EXTEND TIME FOR FILING
OBJECTIONS TO THE PRE-PLEA PRESENTENCE REPORT**

Now comes the defendant in the above-entitled matter and moves to extend the time for filing objections to the Pre-Plea Presentence Report and assigns as reasons therefor the following:

1. The objections would be premature in that there is no final Presentence Report.

2. The defendant has not offered a plea and stands on his plea of not guilty.

3. There is pending before the Court a Motion To Dismiss And/Or Strike Surplusage with regard to the indictment that impacts upon whether or not a defendant pleads or goes to trial.

4. The United States Supreme Court's decisions in two post-*Blakely* cases, which arguments are scheduled to be heard on October 4, 2004, may obviate much of the Pre-Plea Presentence Report which is fashioned under the United States Sentencing Guidelines.

5. The defendant, moreover, has submitted in Spanish to defense counsel some comments concerning the Pre-Plea Presentence Report. Defendant's counsel has not yet had enough time to cause a translation to be made of said document.

**WHEREFORE,** for the above reasons, defendant respectfully requests that he need not be required to respond with objections to the Pre-Plea Presentence Report until, at the earliest, November 30, 2004.

The defendant notes that this motion may be subject to a further extension depending upon the rulings by the United States Supreme Court.

                                The Defendant
                                By his Attorney

                                /s/ James Krasnoo
                                James B. Krasnoo
                                Law Offices of James B. Krasnoo
                                23 Main Street
                                Terrace Level
                                Andover, MA  01810
                                (978) 475-9955
                                BBO# 279300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party and on Jennifer D. Sinclair, U.S. Probation Officer, by first class mail on September 23, 2004.

_____
James B. Krasnoo