UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to:

**MIDDLESEX COUNTY HOUSE OF CORRECTION
40 THORNDIKE STREET
CAMBRIDGE, MA 02141**

YOU ARE COMMANDED to have the body of JONATHAN DELEON now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 23, on the 7th floor, Boston, Massachusetts on **WEDNESDAY, OCTOBER 27, 2004, at 2:00 P.M.**, for the purpose of ARRAIGNMENT in the case of UNITED STATES OF AMERICA v. JONATHAN DELEON, Criminal Number 04-10048-NG.

And you are to retain the body of said JONATHAN DELEON while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said JONATHAN DELEON to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated: October 26, 2004

Lawrence P. Cohen
UNITED STATES MAGISTRATE JUDGE
By: [signature]
Deputy Clerk