UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )    CR. NO. 04-10048-NG
                               )
v.                             )
                               )
JONATHAN DELEON                )
_____)
```

**SECOND MOTION TO EXTEND TIME FOR FILING
OBJECTIONS TO THE PRE-PLEA PRESENTENCE REPORT**

    Now comes the defendant in the above-entitled matter and moves to extend again the time for filing objections to the Pre-Plea Presentence Report from November 30, 2004 to thirty days after the United States Supreme Court decision in *Fanfan* and *Booker* and assigns as reasons therefor the following:

    1.  The objections remain premature in that there is no final Presentence Report.

    2.  The defendant following the Pre-plea Presentence Report was indicted anew in a second superseding indictment and stands on his plea of not guilty.

    3.  There is pending before the Court a Motion To Dismiss And/Or Strike Surplusage with regard to the new superseding indictment which will impact upon whether or not the defendant pleads or goes to trial.

4.  The United States Supreme Court has not yet decided *Fanfan and Booker,* which arguments were heard on October 4, 2004. The decision of the United States Supreme Court may obviate much of the Pre-Plea Presentence Report which is fashioned under the United States Sentencing Guidelines.

**WHEREFORE**, for the above reasons, defendant respectfully requests that he need not be required to respond with objections to the Pre-Plea Presentence Report until, at the earliest, thirty days after the United States Supreme Court renders its opinion in *United States v. Fanfan* and *United States v. Booker*.

The defendant notes that this motion may be subject to a further extension depending upon the rulings by the United States Supreme Court.

                                                 The Defendant
By his Attorney

/s/ James B. Krasnoo
James B. Krasnoo
Law Offices of James B. Krasnoo
23 Main Street
Terrace Level
Andover, MA  01810
(978) 475-9955
BBO# 279300

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party and on Jennifer D. Sinclair, U.S. Probation Officer, by first class mail on November 30, 2004.

                                        /s/James B. Krasnoo
                                        James B. Krasnoo