UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )    CR. NO. 04-10048-NG
                              )
v.                            )
                              )
JONATHAN DELEON               )
_____)

**MOTION TO SUPPLEMENT DEFENDANT'S MOTION TO STRIKE**

Now comes the defendant and supplements his Motion To Strike Surplusage In The Indictment by submitting to the Court post *Booker* decisions (*United States v. Booker*, 125 S.Ct. 738, 2005 WL 50108, 2005 U.S. LEXIS 628 (U.S. Jan. 12, 2005) with the following cases:

1.   *United States v. Dose*, 2005 WL 106493, U.S. Dist. LEXIS 526 (N.D. Iowa, Jan. 12, 2005) (Zoss, M.J.) (recommending in light of *Booker* that defendants' motion to strike "notice of additional relevant facts" from superseding indictment as surplusage be granted).

2.   *United States v. Dottery,* ___ F.Supp.2d ___, 2005 WL 174634, U.S. Dist. LEXIS 1071 (E.D. Mich. Jan. 24, 2005)(Lawson,J.)(because *Booker* has rendered addition of sentencing factors to indictment unnecessary, concluding that "[s]ince the superseding indictment added only the

sentencing factors and nothing else, the Court believes that all prejudice, real and imagined, will be removed by dismissing the superseding indictment and proceeding to trial on the original indictment").

3. *United States v. Cormier,* ___ F.Supp. ___ (D. Me. 2005, Docket No. CR-04-74-B-W), attached hereto as **Exhibit A**.

> The Defendant
> By his Attorney,
>
> /s/ James B. Krasnoo
> James B. Krasnoo
> Law Offices of James B. Krasnoo
> 23 Main Street
> Terrace Level
> Andover, MA  01810
> (978) 475-9955
> BBO# 279300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on February 4, 2005.

> /s/ James B. Krasnoo
> James B. Krasnoo