UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                            )
UNITED STATES OF AMERICA    )
                            )    CR. NO. 04-10048-NG
                            )
v.                          )
                            )
JONATHAN DELEON             )
_____)
```

**OPPOSITION TO GOVERNMENT'S MOTION
FOR PROTECTIVE ORDER AND MOTION TO SEAL**

Now comes the defendant in the above-entitled matter and opposes the Government's Motion For Protective Order And Motion to Seal and assigns as reasons therefor the following:

1.   The defendant is entitled to a copy of all documents provided to his defense counsel.

2.   The defendant is incarcerated.

3.   To send this material to the defendant and have him discuss it with me by collect phone calls at my home is the easiest way for counsel and defendant to discuss this matter.

4.   The government's limitation would require the defendant's counsel to make a trip to Billerica solely for the purpose of having the defendant read the material, wait until the defendant reads the material and then discuss the material with the defendant, all of which steps are time consuming and unnecessarily inefficient from the defendant and defendant counsel's point of view.

5.   One of the alleged CI's, Giecliff Rodriguez, is already known to the defendant as a disclosed informant.  Accordingly, there is no reason to ask for a protective order as to him.  This appears to be the CW who is identified as an FBI informant twice admonished not to engage in illegal activity and engages in the precise illegal activity against which he is warned.

**WHEREFORE**, for the above reasons, defendant respectfully requests that the Court tailor the Government's Motion For Protective Order to allow the defendant to have direct access to the material.

                        The Defendant
                        By his Attorney


                        /s/ James B. Krasnoo
                        James B. Krasnoo
                        Law Offices of James B. Krasnoo
                        23 Main Street
                        Terrace Level
                        Andover, MA  01810
                        (978) 475-9955
                        BBO# 279300


**CERTIFICATE OF SERVICE**

   I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on February 14, 2005.


                        /s/ James B. Krasnoo
                        James B. Krasnoo