UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.    )<br>)<br>(2) RICARDO ROSARIO,    )<br>    A/K/A "KING BND,"    )<br>)<br>(4) JONATHAN DELEON,    )<br>    A/K/A "KING DANGER,"    )<br>    A/K/A "KING JONATHAN"    ) | Cr. No. 04-10048 NG |

### ASSENTED TO MOTION OF THE UNITED STATES FOR EXCLUDABLE DELAY

For the reasons agreed to by all parties at the June 30, 2005 status conference, the United States hereby moves to exclude from all Speedy Trial Act calculations the period of time from June 30, 2005 (the date of the status conference) to and including October 24, 2005 (the date of trial), as excludable delay pursuant to 18 U.S.C. § 3161 (h)(1)(F) & (h)(8)(A). The defendants, through counsel, assented to this request at the June 30, 2005 status conference. For the reasons discussed at the June 30, 2005 status conference, the requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN,

United States Attorney,

s/ PETER K. LEVITT
By:  PETER K. LEVITT
Assistant U.S. Attorney

July 1, 2005