```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) CR. NO. 04-10048-NG |
| v. | ) |
|  | ) |
| JONATHAN DELEON | ) |

### OBJECTION

Now comes the defendant in the above-entitled matter and objects to so much of the electronic Order of the Court dated September 13, 2005 denying the defendant's Motion To Strike Surplusage in the second superseding indictment as to Jonathan Deleon (docket entry #132), wherein the Court endorsed the Motion as denied insofar as it applies to statutory factors set forth in the second superseding indictment.  Notice of said Order was entered on to the electronic docket on September 15, 2005, notice of which was received electronically by the defendant on September 15, 2005.

The Defendant
By his Attorney

/s/ James B. Krasnoo
James B. Krasnoo (BBO# 279300)
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA  01810
(978) 475-9955

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on September 15, 2005.

                                     /s/ James B. Krasnoo
                                     James B. Krasnoo