UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Cr. No. 04-10048 NG |
| | ) | |
| (4) JONATHAN DELEON, | ) | |
| A/K/A "KING DANGER," | ) | |
| A/K/A "KING JONATHAN" | ) | |
| | ) | |

MOTION OF THE UNITED STATES
FOR A HANDWRITING EXEMPLAR

The United States hereby moves for an Order that Jonathan Deleon be required to submit to a handwriting exemplar by the FBI, or other government agency, at the U.S. Attorney's Office, and that the U.S. Marshal's Service transport Jonathan Deleon to the U.S. Attorney's Office for this purpose.  In support of this motion, the government states that it is in possession of a document relevant to a potential obstruction of justice enhancement at sentencing which the government has reason to believe was created by Deleon.  Since the sentencing of this matter is scheduled for March 30, 2006, the government requests that the Court Order that the Marshal's Service transport Deleon

to the U.S. Attorney's Office for a handwriting exemplar within two weeks of the Court's Order.  Counsel for the defendant has advised the undersigned that he intends to oppose this motion.

For the Court's convenience, a proposed Order is attached hereto.

Respectfully submitted,

MICHAEL J. SULLIVAN,

United States Attorney,


s/ PETER K. LEVITT

By:  PETER K. LEVITT
     Assistant U.S. Attorney

February 10, 2006

2