```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                )   Cr. No. 04-10048 NG<br>)<br>(4) JONATHAN DELEON,         )<br>    A/K/A "KING DANGER,"     )<br>    A/K/A "KING JONATHAN"    )<br>                              ) | |

<u>ORDER</u>

It is hereby Ordered that Jonathan Deleon, in the presence of his attorney, submit to a handwriting exemplar by the FBI, or other government agency, at the U.S. Attorney's Office in Boston, MA. It is further Ordered that, within two weeks of this Order, the U.S. Marshal's Service transport Jonathan Deleon to the U.S. Attorney's Office in Boston, MA, for the purpose of submitting a handwriting exemplar.

So Ordered.

_____
The Honorable Nancy Gertner
U.S. District Court Judge

Dtaed: