UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )   CR. NO. 04-10048-NG
                               )
v.                             )
                               )
JONATHAN DELEON                )
_____)
```

**OBJECTION**

Now comes the defendant in the above-entitled matter and objects to the Order of February 28, 2006 electronically entered granting the production of a handwriting exemplar from the defendant Jonathan Deleon, which Order was electronically received by e-mail on February 28, 2006.  Objection was prepared the same day and electronically filed on March 1, 2006.  No opportunity to make contemporaneous objection to the Order existed as the ruling was not made in open court.

                            The Defendant
                            By his Attorney,


                            /s/ James B. Krasnoo
                            James B. Krasnoo (BBO# 279300)
                            Krasnoo|Klehm LLP
                            23 Main Street, Suite One
                            Terrace Level
                            Andover, MA  01810
                            (978) 475-9955

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 1, 2006.

                                        /s/ James B. Krasnoo
                                        James B. Krasnoo