UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,

any of his deputies and to

JOSEPH A. FURNARI
ESSEX COUNTY CORRECTIONAL FACILITY
20 MANNING AVENUE
MIDDLETON, MA 01949

YOU ARE COMMANDED to have the body of JONATHAN DELEON now in your custody, before the United States District Court for the District of Massachusetts at Boston on March 13, 2006 at 12:00p.m. for the purpose of facilitating the rendering of a court-ordered handwriting exemplar in Courtroom 2, 3$^d$ Floor, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts in the case of UNITED STATES V. JONATHAN DELEON, CR. NO. 04-10048-NG. And you are to retain the body of said JONATHAN DELEON while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 8th day of March, 2006.

_____
NANCY GERTNER
United States District Judge

Requested by AUSA  John A. Wortmann, Jr.