```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )    CR. NO. 04-10048-NG
                                        )
v.                                      )
                                        )
JONATHAN DELEON                         )
_____)

## **OBJECTION**

Now comes the defendant in the above-entitled matter and objects to the electronic Order of the Court entered denying the defendant's motion for exemplars as to a third party, which Order of denial was received on March 28, 2006. No objection could be contemporaneously taken because the electronic Order was not made in open Court.

```
                          The Defendant
                          By his Attorney


                          /s/ James B. Krasnoo
                          James B. Krasnoo (BBO# 279300)
                          Krasnoo/Klehm LLP
                          23 Main Street, Suite One
                          Terrace Level
                          Andover, MA  01810
                          (978) 475-9955
```

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 29, 2006.

                                         /s/ James B. Krasnoo
                                         James B. Krasnoo