UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to the SHERIFF at **ESSEX COUNTY HOUSE OF CORRECTION, MIDDLETON, MA**   AND ANY OTHER AUTHORIZED INDIVIDUAL HAVING CUSTODY OF **JONATHAN DELEON.**

YOU ARE COMMANDED to have the body of **JONATHAN DELEON** now in your custody, before the United States District Court for the District of Massachusetts, **courtroom No. #2, on the 3rd Floor**, floor, Boston, Massachusetts on **MAY 23, 2006, at 1:00PM** for the purpose of conference in the case of

**UNITED STATES  V.  Jonathan Deleon  04-10048-NG**

And you are to retain the body of said **JONATHAN DELEON** while before said court upon said day and upon such other days thereafter as his attendance before said court shall be necessary, and as soon as may be thereafter to return said **JONATHAN DELEON** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 17th day of MAY 2006.

/s/ Nancy Gertner
UNITED STATES DISTRICT JUDGE

SARA A. THORNTON,
CLERK

SEAL

BY:/s/ Maryellen Molloy
Deputy Clerk