UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    CR. NO. 04-10048-NG |
| | ) |
| JONATHAN DELEON | ) |
| | ) |

### DEFENDANT'S MOTION TO AMEND SENTENCE

Now comes the defendant in the above-entitled matter and moves that the Court amend her sentence upon the defendant so as to permit him to serve the State court sentences which he is now presently serving concurrently with the Federal court sentences that were imposed and assigns as reasons therefore the following:

1.      On May 23, 2006, the defendant was sentenced to 60 months to be served on Counts 1 and 4 of a second superseding indictment charging him with a conspiracy to distribute cocaine, a distribution of cocaine and an aiding and abetting.  The distribution of cocaine count involved an offense ending December 9, 2003, while the conspiracy to distribute cocaine count involved an offense ending February 28, 2004.

2.      The defendant was in State court custody from the date of his arrest.

3.       Upon information and belief, the defendant has been incarcerated on State court offenses unable to make bail since January 2, 2003.  On August 25, 2006, the defendant was sentenced to the Massachusetts Correctional Institution – Cedar Junction for a term not exceeding five years and one day, nor less than five years and sentence was ordered to run concurrently with the federal sentence already imposed. (See, **Exhibit A** attached hereto).

4.      Upon information and belief, the defendant's federal sentence may not be served until the conclusion of his State court sentence even if a state court judge orders the sentence to run concurrent with the Federal court sentence as the defendant is not in federal custody.  Accordingly, the defendant seeks an order from this Court running his federal sentence concurrently with the State court sentence and ordering that the defendant be taken immediately into federal custody for said purposes.  The defendant, moreover, seeks that his Federal court custody be deemed to have been commenced on the date of his sentencing in Federal court to the period of five years.

> The Defendant
> By His Attorney,
>
>
> /s/ James B. Krasnoo
> James B. Krasnoo
> (BBO# 279300)
> Krasnoo │ Klehm LLP
> 23 Main Street, Suite Six
> Andover, MA 01810
> (978) 475-9955

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 25, 2006.

> /s/ James B. Krasnoo
> James B. Krasnoo

3