MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

EXHIBIT "A"

09:06

## MICR2004-00300
## Commonwealth v Deleon, Jonathan

| | | | |
|---|---|---|---|
| File Date | 03/04/2004 | Status | Disposed (sentenced) (dsenimp) |
| Status Date | 08/25/2006 | Session | 6 - Crim 6 (Lowell) |
| Jury Trial | Unknown | Origin | I - Indictment |
| Lead Case | | | |

| | | | | | |
|---|---|---|---|---|---|
| Arraignment | 06/08/2004 | Track | I - Inventory | Final PTC | 09/06/2004 |
| Disp. Deadline | 06/08/2005 | Deadline Status | Deadline active since return date | Status Date | 06/08/2004 |
| Pro Se Deft | No | Custody Status | | Start Date | |
| Weapon | | Substance | | Prior Record | Unknown |

### OFFENSES

| Num | Offense | Code | Town | Status | Status Date |
|---|---|---|---|---|---|
| 1 | 01/01/2004 | 265/18A | Lowell | Guilty plea | 08/25/2006 |
| | ASSAULT IN DWELLING, ARMED c265 s18A | | | | |
| 2 | 01/01/2004 | 265/15A/A | Lowell | Guilty plea | 08/25/2006 |
| | A&B WITH DANGEROUS WEAPON c265 s15A(b) | | | | |
| 3 | 01/01/2004 | 265/15A/A | Lowell | Guilty plea | 08/25/2006 |
| | A&B WITH DANGEROUS WEAPON c265 s15A(b) | | | | |
| 4 | 01/01/2004 | 269/10/J | Lowell | Guilty plea | 08/25/2006 |
| | FIREARM, CARRY WITHOUT LICENSE c269 s10(a) | | | | |
| 5 | 01/01/2004 | 269/10/G | Lowell | Guilty plea | 08/25/2006 |
| | FIREARM WITHOUT FID CARD, POSSESS c269 s10(h) | | | | |
| 6 | 01/01/2004 | 94C/32/C | Lowell | Guilty plea | 08/25/2006 |
| | DRUG, POSSESS TO DISTRIB CLASS A c94C s32(a) | | | | |
| 7 | 01/01/2004 | 269/12E | Lowell | Guilty plea | 08/25/2006 |
| | FIREARM, DISCHARGE WITHIN 500 FT OF BLDG c269 s12E | | | | |

### PARTIES

**Plaintiff**
Commonwealth
Gender: Unknown
Active 03/04/2004

**District Atty's Office 644707**
Todd Grossman
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500
Fax: 978-452-1404
Inactive 01/26/2006

**District Atty's Office 562004**
Kevin L Ryle
Middlesex County District Atty's Office
151 Warren Street
Lowell, MA 01852
Phone: 978-458-4440
Fax:
Active 01/26/2006 Notify

MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

09:06

## MICR2004-00300
## Commonwealth v Deleon, Jonathan

| Defendant | Private Counsel 556537 |
|---|---|
| Jonathan Deleon | Richard J Ahern |
| DOB: 10/22/1982 | Ahern Law Office of (Richard J) |
| Gender: Male | 200 Central Street |
| Active 03/04/2004 | Lowell, MA 01852 |
|  | Phone: 978-970-2989 |
|  | Fax: 978-970-2633 |
|  | Active 05/13/2004 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 03/04/2004 | 1.0 | Indictment returned |
| 06/08/2004 |  | Deft arraigned before Court and pleads not guilty (Fahey, J.) |
| 06/08/2004 |  | RE Offense 1:Plea of not guilty |
| 06/08/2004 |  | RE Offense 2:Plea of not guilty |
| 06/08/2004 |  | RE Offense 3:Plea of not guilty |
| 06/08/2004 |  | RE Offense 4:Plea of not guilty |
| 06/08/2004 |  | RE Offense 5:Plea of not guilty |
| 06/08/2004 |  | RE Offense 6:Plea of not guilty |
| 06/08/2004 |  | RE Offense 7:Plea of not guilty |
| 06/08/2004 |  | Bail set at $5000.00 cash without prejudice |
| 06/08/2004 | 2.0 | Commonwealth files Statement of the Case |
| 06/08/2004 |  | Appearance of Commonwealth's Atty: Todd Grossman |
| 06/08/2004 |  | Appointment of Counsel Richard J Ahern, pursuant to Rule 53 |
| 06/08/2004 | 3.0 | Affidavit of Indigency, APO Daly, The Court appoints Richard J. Ahern as counsel for deft |
| 06/08/2004 | 4.0 | Mittimus without bail issued to Middlesex County Jail (Cambridge) |
| 06/08/2004 |  | Reporter present: Rattigan, Linda |
| 06/08/2004 |  | Continued until July 08, 2004 for PTC |
| 08/17/2004 | 5.0 | Pre-trial conference report filed |
| 08/17/2004 |  | Reporter present: Rattigan, Linda |
| 08/17/2004 |  | Continued until September 28, 2004 for NEM |
| 08/25/2006 | 6.0 | Waiver of defendants' rights, filed in court |
| 08/25/2006 |  | Plea of not guilty changed to guilty; accepted (Kenneth J. Fishman, Justice) |
| 08/25/2006 |  | RE Offense 1:Guilty plea |
| 08/25/2006 |  | RE Offense 2:Guilty plea |
| 08/25/2006 |  | RE Offense 3:Guilty plea |
| 08/25/2006 |  | RE Offense 4:Guilty plea |
| 08/25/2006 |  | RE Offense 5:Guilty plea |
| 08/25/2006 |  | RE Offense 6:Guilty plea |
| 08/25/2006 |  | RE Offense 7:Guilty plea |
| 08/25/2006 |  | Defendant sentenced to 001 as principle and J. Burke as surety recognized in $100.00 and on probation by the court for three years: To run concurrent with committed sentence on 002 (Kenneth J. Fishman, Justice) |
| 08/25/2006 |  | Defendant sentenced to 002 Massachusetts Correctional Institution, |

**MIDDLESEX SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

**MICR2004-00300**
**Commonwealth v Deleon, Jonathan**

| Date | Paper | Text |
|---|---|---|
| | | Cedar Junction for a term not exceeding five years and one day or less than five years; Sentence to run concurrently with Federal Sentence imposed (Kenneth J. Fishman, Justice) |
| 08/25/2006 | | Defendant sentenced to 003 Massachusetts Correctional Institution, Cedar Junction for a term not exceeding five years and one day or less than five years; To run concurrent with sentence imposed this day in #04-300-002 (Kenneth J. Fishman, Justice) |
| 08/25/2006 | | Defendant sentenced to 004 Billerica House of Correction for two and half years; The defendant having been in confinement 725 days; To run concurrent with sentence imposed this day in #04-300-002 (Kenneth J. Fishman, Justice) |
| 08/25/2006 | | Defendant sentenced to 005 Billerica House of Correction for two years; To run concurrent with sentence imposed in #04-300-002 (Kenneth J. Fishman, Justice) |
| 08/25/2006 | | Defendant sentenced to 006 Massachusetts Correctional Institution, Cedar Junction for a term not exceeding five years and one day or less than five years; To run concurrent with sentence imposed this day in #04-300-002 (Kenneth J. Fishman, Justice) |
| 08/25/2006 | | Defendant sentenced to 007 Billerica House of Correction for three months; To run concurrent with sentence imposed this day in #04-300-002 (Kenneth J. Fishman, Justice) |
| 08/25/2006 | | Defendant is subject to the following special conditions: 1. No contact with direct or indirect with victim (Kenneth J. Fishman, Justice) |
| 08/25/2006 | | Sentence credit given as per 279:33A: 725 |
| 08/25/2006 | | Fee: Probation Superivison Fee waived (Fishman J) |
| 08/25/2006 | | Victim-witness fee assessed: $90.00 (Kenneth J. Fishman, Justice) |
| 08/25/2006 | | Legal counsel fee assessed in the amount of $150.00 (Kenneth J. Fishman, Justice) |
| 08/25/2006 | | Notified of right of appeal under Rule 64 |
| 08/25/2006 | | Reporter present: Rattigan, Linda |
| 08/25/2006 | 7.0 | Mittimus returned with service |

**EVENTS**

| Date | Session | Event | Result |
|---|---|---|---|
| 05/13/2004 | Crim 6 (Lowell) | Arraignment | Event not reached by Court |
| 06/08/2004 | Crim 6 (Lowell) | Arraignment Habe issued to Camb | Event held as scheduled |
| 07/08/2004 | Crim 6 (Lowell) | Conference: Pre-Trial | Event not reached by Court |
| 08/17/2004 | Crim 6 (Lowell) | Conference: Pre-Trial | Event held as scheduled |
| 09/28/2004 | Crim 6 (Lowell) | Hearing: Non-eviden-Discovery | Event held as scheduled |
| 11/02/2004 | Crim 6 (Lowell) | Hearing: Evidentiary-suppression Deemed M Waived | Event held as scheduled |
| 12/17/2004 | Crim 1 (6B Cambridge) | Conference: Lobby | Event not held--req of Defendant |
| 04/06/2006 | Crim 6 (Lowell) | Status: Review by Session habe to camb | Event held as scheduled |
| 05/05/2006 | Crim 6 (Lowell) | Conference: Lobby Habe to Camb | Event not held--joint request |

**MIDDLESEX SUPERIOR COURT**
Case Summary
Criminal Docket

09:06

## MICR2004-00300
### Commonwealth v Deleon, Jonathan

| Date | Session | Event | Result |
|---|---|---|---|
| 05/12/2006 | Crim 6 (Lowell) | Conference: Lobby<br>Habe to Camb | Event not held--req of Defendant |
| 08/25/2006 | Crim 6 (Lowell) | Hearing: Plea Change<br>Habe to Middleton | Event held as scheduled |